15c1shoa   **MEMO ENDORSED**

RECEIVED
MAY 26 2011
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

```
 1    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 2    ------------------------------x

 3    SHOE YORK, LLC, STEPHEN
      KLUBACK,
 4
                      Plaintiffs,
 5
                  v.                      10-CV-7738 (RPP)
 6
      BRIAN BETSCHART,
 7
                      Defendant.          Oral Argument
 8
      ------------                 ---x
 9                USDC SDNY               New York, N.Y.
                  DOCUMENT                May 12, 2011
10                ELECTRONICALLY FILED    9:49 a.m.
                  DOC #:
11    Before:     DATE FILED  5/27/11

12                      HON. ROBERT P. PATTERSON, JR.,

13                                        District Judge

14                            APPEARANCES

15    THE LAW OFFICE OF ANTAR P. JONES, PLLC
           Attorneys for Plaintiffs
16    BY:  ANTAR P. JONES, ESQ.

17    SULIMANI LAW FIRM, P.C.
           Attorneys for Defendant
18    BY:  NATALIE SULIMANI, ESQ.
           BENJAMIN NAHOUM, ESQ.
19

20

21

22

23

24

25
```

*Defendant's Motion to Dismiss is denied as to plaintiffs' claim of breach of the Revenue Sharing agreement and claim of unjust enrichment but granted as to plaintiffs' other claims for the reasons set forth in this transcript. SO ordered. Robert P. Patterson U.S.D.J. 5/26/11*

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

**Case:**  **Shoe York, LLC, Stephen Kluback v. Brian Betschart**
**Index No.**  **10 Civ. 7738 (RPP)**

## MEMO ENDORSEMENT READS:

**Defendant's Motion to Dismiss is denied as to Plaintiffs' claim of breach of the Revenue Sharing Agreement and claim of unjust enrichment but granted as to Plaintiffs' other claims for the reasons set forth in this transcript.**

**So ordered.**

*Robert P. Patterson, Jr., U.S.D.J., 5/26/11*