UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Ahoe York

v.

Brian Betschart

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/11
```

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

10 Civ. 7738 (RPP)(HBP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
    _____
    _____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

✓ Settlement*  conference 2pm 7/12/11

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

___ Particular Motion:_____

___ All such motions: ___

Both parties to exchange information for settlement purposes, and defendant ordered to disclose all payments received directly or indirectly from Kirk Kirreiss or its manager by July 5, 2011.

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:     New York, New York
           June 27, 2011

                                          _____
                                          United States District Judge

ORDER OF REFERENCE TO A MAGISTRATE JUDGE
10CV7738(RPP), SHOE YORK v. BETSCHART

**_ORDER READS_**:

-Settlement conference on 7/12/11 at 2pm (before Magistrate Judge Pitman)

-Both parties to exchange information for settlement purposes, and Defendant ordered to disclose all payments received directly or indirectly from Bike Reviews or it's manager by July 5, 2011.